# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**BARBARA J. BARRINGTON,**

        **Plaintiff,**

**-vs-**                                        **Case No. 6:05-cv-1601-Orl-KRS**

**LOCKHEED MARTIN, ET AL.,**

        **Defendants.**

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**    **PLAINTIFF NOTICE TO THE COURT (Doc. No. 137)**
>
> **FILED:**      **January 8, 2007**
>
> **THEREON** it is **ORDERED** that the motion is **DENIED**.

Plaintiff Barbara Barrington filed this "notice" that the responses to her motion for summary judgment filed by Defendants Lockheed Martin and UAW Local 788, International Union of Automobile, Aerospace-Agricultural Implements Workers of America "should be stricken" because they were filed after the thirty day time limit for filing such responses.[1]

The Case Management and Scheduling Order in this case provides that "[e]ach party opposing a motion for summary judgment shall serve, within thirty days after being served with such motion,

---

[1] Barrington is advised that under Federal Rule of Civil Procedure 7(b), any request for court action must be made by motion.

a legal memorandum . . . in opposition . . . ." Doc. No. 96 at 6. The certificate of service of Barrington's motion for summary judgment indicates that service was effected by postal mail on December 2, 2006. Doc. No. 128. Federal Rule of Civil Procedure 6(e) provides that when service is made by any method other than in-person, three days are added to the time required to act. Accordingly, the responses filed by the defendants on January 2, 2007, and January 3, 2007, were timely.

      **DONE** and **ORDERED** in Orlando, Florida on January 9, 2007.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties